Case No. 21-12486-B
*Ilias v. USAA General Indemnity Co.*

UNITED STATES COURT OF APPEALS

ELEVENTH CIRCUIT

Case No. 21-12486-B

DANIEL ILIAS,

    Appellant,

v.

USAA GENERAL INDEMNITY COMPANY,

    Appellee.
_____/

**MOTION FOR LEAVE OF COURT FOR COUNSEL TO BRING LAPTOP TO ORAL ARGUMENT**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    Appellant Daniel Ilias, pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rules 26.1-1, 26.1-2, and 26.1-3, hereby submits this Amended Certificate of Interested Persons and Corporate Disclosure Statement.

    Benrubi, Richard M., Esq. – Counsel for Plaintiff/Appellant

    Benrubi Law, P.A. – Counsel for Plaintiff/Appellant

    Burlington, Philip M., Esq. – Counsel for Plaintiff/Appellant

    Burlington & Rockenbach, P.A. – Counsel for Plaintiff/Appellant

Dunbar, Scott – Named insured and defendant in underlying personal-injury lawsuit

Esser, Nicholas H., Esq. – Counsel for Defendant/Appellee

Furman, Maryann, RN, Esq. – Counsel for Plaintiff/Appellant in underlying personal-injury lawsuit

Ilias, Daniel – Plaintiff/Appellant

Jung, Hon. William F. – United States District Judge, Middle District of Florida, Tampa Division

Lazaro, Daniel R., Esq. – Counsel for Defendant/Appellee

Nordby, Daniel E., Esq. – Counsel for Defendant/Appellee

Richardson, Adam, Esq. – Counsel for Plaintiff/Appellant

Shutts & Bowen LLP – Counsel for Defendant/Appellee

The Nurse Lawyer, P.A. – Counsel for Plaintiff/Appellant in underlying personal-injury lawsuit

USAA General Indemnity Company – Defendant/Appellee

United Services Automobile Ass'n (USAA) – Parent company of USAA General Indemnity Company

Yesner, Eric, Esq. – Counsel for Defendant/Appellee

Zacherl, Frank A., Esq. – Counsel for Defendant/Appellee

## MOTION FOR LEAVE OF COURT FOR COUNSEL TO BRING LAPTOP TO ORAL ARGUMENT

Appellant Daniel Ilias, by and through undersigned counsel, hereby files this Motion to permit one of its counsel, Richard M. Benrubi, leave to bring his laptop to court for use at the Oral Argument scheduled on December 7, 2022.

This appeal involves a challenge to summary judgment entered in an insurance bad faith case. The availability of the laptop will be useful to counsel to respond to inquiries of the court in light of the lengthy record which is involved in this case, and will eliminate the need to bring voluminous documents.

Mr. Benrubi is a member in good standing of the Florida Bar as well as the Bar of this Court.

Wherefore, for the reasons stated above, Appellant Daniel Ilias respectfully requests this Court allow its counsel, Richard Benrubi, Esq. to bring his laptop to court for purposes of the oral argument of December 7, 2022.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was electronically filed with this Court via CM/ECF, and was furnished to all counsel on the attached service list, by email, on November 30, 2022.

>Richard M. Benrubi, Esq.
>BENRUBI LAW, P.A.
>6501 Congress Ave. #118
>Boca Raton, FL 33487
>rbenrubi@benrubilaw.com
>cgarcia@benrubilaw.com
>            and
>BURLINGTON & ROCKENBACH, P.A.
>444 West Railroad Avenue/Suite 350
>West Palm Beach, FL  33401
>(561) 721-0400
>pmb@FLAppellateLaw.com
>ajr@FLAppellateLaw.com
>kbt@FLAppellateLaw.com
>jrh@FLAppellateLaw.com
>Attorneys for Appellant
>
>By: s/ Philip M. Burlington
>         PHILIP M. BURLINGTON
>         Florida Bar No. 285862
>
>By: s/ Adam Richardson
>         ADAM RICHARDSON
>         Florida Bar No. 94886

/jrh

2

# SERVICE LIST

*Ilias v. USAA General Indemnity Co.*
Case No. 21-12486-B

**Frank A. Zacherl, Esq.**
**Nicholas H. Esser, Esq.**
Shutts & Bowen LLP
200 S. Biscayne Blvd., Ste. 4100
Miami, FL 33131
FZacherl@shutts.com
NEsser@shutts.com
Counsel for Appellee

**Daniel E. Nordby, Esq.**
**Eric Yesner, Esq.**
Shutts & Bowen LLP
215 S. Monroe St., Ste. 804
Tallahassee, FL 32301
dnordby@shutts.com
eyesner@shutts.com
Counsel for Appellee